IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 18-cv-01922-WJM-NYW | Date: | October 30, 2018 |
| Courtroom Deputy: | Brandy Wilkins | FTR: | NYW COURTROOM A-502* |

| *Parties* | *Counsel* |
|---|---|
| UNITED CANNABIS CORPORATION, | *Orion Armon* |
| **Plaintiff,** | |
| v. | |
| PURE HEMP COLLECTIVE INC., | *Donald T. Emmi* |
| | *James R. Gourley* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE – PATENT CASE**

Court in Session: 10:59 a.m.

Appearance of counsel.

Initial Disclosures shall be made on or before November 16, 2018.

Parties discuss if a protective order will be necessary in this case. Parties shall submit a proposed Protective Order on or before November 2, 2018. If parties cannot reach agreement on the terms, they may submit a proposed order with the competing clauses redlined in a single document. If parties wish to brief the issue, briefs are limited to five pages or less. Parties should comply with D.C.COLO.LCivR 7.2(c) when filing documents under restriction.

Schedule of events for *Markman* phase of discovery:

Joinder of Parties: November 30, 2018.

Deadline for Patentee to disclose Infringement Claim Chart: November 27, 2018.
Deadline for Alleged Infringer to Respond to Infringement Claim Chart: January 8, 2019.

Deadline for Alleged Infringer's Prior Art Statement: January 8, 2019.
Deadline for Patentee to Respond to Prior Art Statement: February 19, 2019.

Deadline for Parties to exchange terms to be construed: March 19, 2019.
Deadline for filing of joint claim construction statement: April 16, 2019.

Deadline to file opening brief regarding claim construction: May 17, 2019.
Deadline to file response brief regarding claim construction: June 7, 2019.
Deadline to file reply brief regarding claim construction: June 14, 2019.

Estimated time necessary for construction hearing and technology tutorial with District Judge: one half day of four hours.

Parties anticipate that discovery will occur throughout the *Markman* phase.

Each side is allowed:
Ten (10) depositions; including experts. No deposition may exceed one day of seven hours;
Twenty-five (25) interrogatories, including discrete subparts;
Fifty (50) requests for production of documents;
Twenty-five (25) requests for admissions, excluding those used for authentication of documents.

Parties will meet and confer regarding how the 30(b)(6) deposition(s) shall count against the discovery limits.

The parties anticipate a five-day jury trial.

**ORDERED:  Within three (3) days of any ruling on the motion for claim construction, parties will contact the magistrate judge chambers to set a further status conference.**

Parties should follow the practice standards of the presiding judge in all filings for this case.

Parties are advised of the informal discovery dispute process. Before filing discovery motions, counsel are instructed to comply with D.C.COLO.LCivR 7.1(a) in an effort to resolve the issues. If that is unsuccessful, parties shall initiate a conference call among themselves and then call Magistrate Judge Wang's chambers. If the Court is available, and the matter is determinable without briefing, she will hear arguments and attempt to mediate a resolution. If the Court is not available, or the matter is more complex, parties shall set a time for an informal discovery conference. Parties may need to submit materials to chambers. Parties are not barred from filing a formal motion, unless the court rules during the informal conference.

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Court in Recess: 11:19 a.m.		Hearing concluded.		Total time in Court:  00:20

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.