IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:18-cv-01922-WJM-NYW

UNITED CANNABIS CORPORATION
a Colorado Corporation

Plaintiff,

v.

PURE HEMP COLLECTIVE INC.,
a Colorado Corporation

Defendant.

**UNITED CANNABIS CORPORATION'S CONSENTED TO MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a)(2) and D.C.Colo.LCivR 15.1, Plaintiff United Cannabis Corporation ("UCANN") respectfully requests leave of the Court to file its First Amended Complaint to include additional allegations of infringement of U.S. Patent No. 9,730,911 ("the patent-in-suit"), relating to the United States Patent and Trademark Office ("PTO") issuance of a certificate of correction to Patent Claim 31 on April 9, 2019.  *See* Exhibit 1.  Pure Hemp consents to UCANN filing its First Amended Complaint.

**I.   AMENDMENT IS PROPER BECAUSE PURE HEMP CONSENTS TO UCANN FILING ITS AMENDED COMPLAINT**

Under Rule 15(a)(2) of the Federal Rules of Civil Procedures, "a party may amend its pleading only with the opposing party's written consent or the court's leave."  "In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue

1.

prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc.—the leave sought should, as the rules require, be 'freely given.' *Carriker v. ISS Facility Servs., Inc.*, No. 12-CV-02365-WJM-KLM, 2013 WL 5200254, at *2 (D. Colo. Sept. 16, 2013) (quoting *Foman v. Davis*, 371 U.S. 178, 185 (1962)).

"The non-moving party bears the burden of showing that the proposed amendment is sought in bad faith, that it is futile, or that it would cause substantial prejudice, undue delay or injustice." *Lariviere, Grubman & Payne, LLP v. Phillips*, 07-cv-01723-WYD-CBS, 2010 WL 2844361, at *13 (D. Colo. July 15, 2010), *report and recommendation adopted*, 2010 WL 4818101 (D. Colo. Nov. 9, 2010).  Here, Pure Hemp has provided UCANN with its written consent to UCANN filing its First Amended Complaint, attached hereto as Exhibit 2 (clean copy) and Exhibit 3 (redline copy).  *See* Exhibit 4 (email from Pure Hemp consenting to filing of amended complaint) (highlighting added). Pure Hemp's consent to this motion to amend the complaint is without prejudice to its filing of any defense, counterclaim, or other challenge in response to the allegations in UCANN's amended complaint.

This case is still at an early stage.  Fact discovery is ongoing and will not close until sixty days after the Court's claim construction order.  Dkt. No. 24 at 7.  The claim construction process has only just begun, with the parties' identification of terms for construction and proposed constructions on March 19, 2019.  *Id.* at 6.  The claim construction hearing is projected to be held sometime in June 2019.  *Id*.  Moreover, a trial date has not been set.

Given the early phase of this case and UCANN's prompt motion to amend to incorporate the certificate of correction, there can be no undue prejudice or delay as a result of UCANN filing its First Amended Complaint.

## II.  AMENDMENT DOES NOT REQUIRE A SHOWING OF GOOD CAUSE

The Scheduling Order contains no deadline for amendment of the pleadings, so there is no change to the scheduling order that would mandate a showing of good cause under Federal Rule of Civil Procedure 16(b)(4).

## III.  CONCLUSION

Amendment is proper under Federal Rule of Civil Procedure 15(a)(2) because Pure Hemp has given its written consent.  UCANN therefore respectfully requests the Court's leave to file its Amended Complaint.

Dated:  April 9, 2019                                    Respectfully submitted,

                                                                                  */s/  Orion Armon*

                                                                                  Orion Armon (34923)
                                                                                  COOLEY LLP
                                                                                  380 Interlocken Crescent Suite 900
                                                                                  Broomfield, CO 80021-8023
                                                                                  oarmon@cooley.com
                                                                                  Telephone: (720) 566-4000
                                                                                  Fax: (720) 566-4099

                                                                                  *Counsel for United Cannabis Corporation*


## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed **UNITED CANNABIS CORPORATION'S CONSENTED TO MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

gourley@cclaw.com
donnie@helegal.com

Dated:  April 9, 2019                                    *Orion Armon*

3.