## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No: 1:18-cv-01922-WJM-NYW

UNITED CANNABIS CORPORATION
a Colorado Corporation

Plaintiff,

v.

PURE HEMP COLLECTIVE INC.
a Colorado Corporation

Defendant.

## JOINT MOTION FOR DETERMINATION

Pursuant to District of Colorado Local Patent Rule 15(d), Plaintiff United Cannabis Corporation and Defendant Pure Hemp Collective Inc. hereby jointly provide notice to the Court that claim construction briefing has been completed. The parties jointly request that the Court set a claim construction hearing and technology tutorial at the Court's earliest convenience.

2

| Dated: June 14, 2019 | Respectfully submitted, |
|---|---|
| /s/ Orion Armon<br><br>Orion Armon (34923)<br>COOLEY LLP<br>380 Interlocken Crescent Suite 900<br>Broomfield, CO 80021-8023<br>oarmon@cooley.com<br>Telephone: (720) 566-4000<br>Fax: (720) 566-4099<br><br>*Counsel for United Cannabis Corporation* | Carstens & Cahoon, LLP<br><br>By: /s/ James R. Gourley<br>James R. Gourley<br>CARSTENS & CAHOON, LLP<br>13760 Noel Road, Suite 900<br>Dallas, Texas 75240<br>Tel: (972) 367-2001<br>Email: gourley@cclaw.com<br><br>HUNSAKER \| EMMI, P.C.<br>By: /s/ Donald T. Emmi<br>Donald T. Emmi, Reg. 38983<br>1707 Cole Blvd, Suite 210<br>Golden, Colorado 80401<br>Tel: (303) 456-5116<br>Email: donnie@helegal.com<br><br>*Attorneys for Pure Hemp Collective, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

oarmon@cooley.com
mzambarda@cooley.com
donnie@helegal.com

/s/ James R. Gourley
James R. Gourley
