# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 1:18-cv-01922-NYW-WJM

**UNITED CANNABIS CORPORATION**
a Colorado Corporation

Plaintiff,

v.

**PURE HEMP COLLECTIVE INC.,**
a Colorado Corporation

Defendant.

## SUGGESTION OF BANKRUPTCY

Plaintiff United Cannabis Corporation (the "Debtor") submits this Suggestion of Bankruptcy, and in support thereof, states as follows:

The Debtor filed for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on April 20, 2020 (the "Petition Date") before the United States Bankruptcy Court for the District of Colorado.  Debtor's case number is: 20-12692 JGR.

Pursuant to Section 362 of the Bankruptcy Code, a petition filed under the Bankruptcy Code acts as a stay, applicable to all entities, of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title."

Debtor fully intends to prosecute it claims in this case.  Debtor will seek relief from the automatic stay either through a stipulation with Defendant or on a motion before the Bankruptcy Court.

WHEREFORE, the Debtor respectfully gives notice of its bankruptcy filing and requests that this proceeding be stayed until such time as the Bankruptcy Court enters an order lifting the automatic stay as to Plaintiff's claims, and such other and further relied the Court deems necessary.

Dated:  April 21, 2020                             Respectfully submitted,

*/s/ Orion Armon*

Orion Armon

ORION ARMON (#34923)
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:   (720) 566-4000
Fax: (720) 566-4099

MARK A. ZAMBARDA (#50426)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone:  (650) 843-5000
Fax:  (650) 849-7400

*Counsel for United Cannabis Corporation*

-- 3 --

CERTIFICATE OF SERVICE

       I hereby certify that on April 21, 2020, I electronically filed the foregoing with the Clerk of court using the CM/ECF system which will send notification of such filing to the following email addresses:

James R. Gourley (gourley@cclaw.com)
Donald Emmi (donnie@helegal.com)

and I hereby certify that I have served the document to the following non CM/ECF participants by e-mail.

*/s/ Orion Armon*
Orion Armon

-- 3 --