IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:18-cv-01922-NYW

**UNITED CANNABIS CORPORATION**
a Colorado Corporation

Plaintiff,

v.

**PURE HEMP COLLECTIVE INC.,**
a Colorado Corporation

Defendant.

## JOINT MOTION TO REOPEN CASE

Plaintiff United Cannabis Corporation ("UCANN") and Defendant Pure Hemp Collective Inc. ("Pure Hemp"), hereby move the Court to reopen this case for good cause shown so that the parties may stipulate to dismissal of their claims, as set forth in the attached stipulation of dismissal, and would show the Court as follows:

1. On April 20, 2020, UCANN filed a petition before the United States Bankruptcy Court for the District of Colorado under Title 11, Chapter 11, of the United States Code.

2. On April 21, 2021, UCANN filed a Suggestion of Bankruptcy with this Court (Dkt. 85.)

3. That same day, the Court administratively closed the case until the bankruptcy stay was lifted or the bankruptcy was resolved. (Dkt. 86.)

4. On January 12, 2021, Judge Rosania dismissed UCANN's bankruptcy petition. The dismissal has not been appealed.

5. UCANN and Pure Hemp now seek to reopen this case for the purpose of stipulating under Rule 41 to the dismissal of UCANN's claims with prejudice, and to the dismissal of Pure Hemp's claims without prejudice.

Thus, the parties hereby jointly request that this case be reopened so that the parties' Stipulation of Dismissal can be entered by the Court.

Dated:  March 31, 2021                                            Respectfully submitted,


/s/ *Orion Armon*                                                 /s/ *James Gourley*
Orion Armon                                                       James Gourley

ORION ARMON (#34923)                                              JAMES R. GOURLEY
MARK A. ZAMBARDA (#50426)                                         CARSTENS & CAHOON, LLP
COOLEY LLP                                                        13760 Noel Road Suite 900
3175 Hanover Street                                               Dallas, TX 75240
Palo Alto, CA  94304-1130                                         (972) 367-2001
Telephone: (650) 843-5360
Fax: (650) 849-7400                                               DONALD EMMI
                                                                  HUNSAKER | EMMI, P.C.
*Counsel for United Cannabis Corporation*                         1707 Cole Blvd., Suite 210
                                                                  Golden, CO 80401
                                                                  (303) 456-5116

                                                                  *Counsel for Pure Hemp Collective Inc.*



SO ORDERED this _____ day of _____, 2021.


_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

      I hereby certify that on March 31, 2021, I electronically filed the foregoing with the Clerk of court using the CM/ECF system which will send notification of such filing to the following email addresses:

James R. Gourley (gourley@cclaw.com)
Donald Emmi (donnie@helegal.com)

and I hereby certify that I have served the document to the following non CM/ECF participants by e-mail.

None

                                                   */s/ Orion Armon*
                                                   Orion Armon