IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:18-cv-01922-NYW

**UNITED CANNABIS CORPORATION**
a Colorado Corporation

Plaintiff,

v.

**PURE HEMP COLLECTIVE INC.,**
a Colorado Corporation

Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff United Cannabis Corporation ("UCANN") and Defendant Pure Hemp Collective Inc. ("Pure Hemp"), hereby stipulate and agree, subject to the approval of the Court, as follows: (i) all of UCANN's claims in this action shall be dismissed with prejudice; and (ii) all of Pure Hemp's counterclaims shall be dismissed without prejudice.

Dated:  March 31, 2021                               Respectfully submitted,


/s/ *Orion Armon*                                     /s/ *James Gourley*
Orion Armon                                          James Gourley

ORION ARMON (#34923)                                 JAMES R. GOURLEY
MARK A. ZAMBARDA (#50426)                            CARSTENS & CAHOON, LLP
COOLEY LLP                                           13760 Noel Road Suite 900
3175 Hanover Street                                  Dallas, TX 75240
Palo Alto, CA  94304-1130                            (972) 367-2001
Telephone: (650) 843-5360
Fax: (650) 849-7400                                  DONALD EMMI
                                                     HUNSAKER | EMMI, P.C.
*Counsel for United Cannabis Corporation*            1707 Cole Blvd., Suite 210
                                                     Golden, CO 80401
                                                     (303) 456-5116

                                                     *Counsel for Pure Hemp Collective Inc.*



SO ORDERED this _____ day of _____, 2021.


_____
UNITED STATES DISTRICT JUDGE

-- 3 --

CERTIFICATE OF SERVICE

      I hereby certify that on March 31, 2021, I electronically filed the foregoing with the Clerk of court using the CM/ECF system which will send notification of such filing to the following email addresses:

James R. Gourley (gourley@cclaw.com)
Donald Emmi (donnie@helegal.com)

and I hereby certify that I have served the document to the following non CM/ECF participants by e-mail.

None

*/s/ Orion Armon*
Orion Armon