IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:18-cv-01922-WJM-NYW

UNITED CANNABIS CORPORATION
a Colorado Corporation

Plaintiff,

v.

PURE HEMP COLLECTIVE INC.
a Colorado Corporation

Defendant.

## NOTICE OF SUPPLEMENTAL AUTHORITY

The September 1, 2020 decision by the Court of Appeals for the Federal Circuit in *Belcher Pharm., LLC v. Hospira, Inc.*, No. 2020-1799, 2021 U.S. App. LEXIS 26346, at *17-23 (Fed. Cir. Sep. 1, 2021) relates to the inequitable conduct issues of (1) but-for materiality of a withheld reference when an alleged critical range in a patent claim is already within the public domain via the withheld reference, and (2) intent as the single most reasonable inference when testimony lacking credibility is supported by other evidence, which were briefed by the parties at Docket #91, #92, #93, and #94.

Dated: September 9, 2021

                                    Respectfully submitted,

                                    Carstens & Cahoon, LLP

                                    By: /s/ James R. Gourley
James R. Gourley
CARSTENS & CAHOON, LLP
13760 Noel Road, Suite 900
Dallas, Texas 75240
Tel: (972) 367-2001
Email: gourley@cclaw.com

HUNSAKER | EMMI, P.C.
By: /s/ Donald T. Emmi
Donald T. Emmi, Reg. #38983
1707 Cole Blvd, Suite 210
Golden, Colorado 80401
Tel: (303) 456-5116
Email: donnie@helegal.com

*Attorneys for Pure Hemp Collective, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

oarmon@cooley.com
mzambarda@cooley.com
donnie@helegal.com

/s/ James R. Gourley
James R. Gourley

3